FILED

2026 AUG 21 PM 12: 01

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
MICHAEL R. LIZANO
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: michael.perez-lizano@usdoj.gov
Attorneys for Plaintiff

**CR26-04376 TUC-AMM(MAA)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. LFA Machines DFW, LLC, (All counts)<br>2. Alastair Mark Sanderson, (All counts)<br>3. William Robert Norris, (All counts)<br>4. Michael Christian Packard, (All counts)<br><br>Defendants. | Case No.:<br><br>**INDICTMENT**<br><br>Violations:<br><br>21 U.S.C. § 846<br>(Conspiracy to Unlawfully Manufacture, Distribute, Export, and Import Tableting Machines, Equipment, Chemicals, Products, and Materials)<br>Count 1<br><br>21 U.S.C. § 843(a)(7), 18 U.S.C. § 2, *Pinkerton*<br>(Unlawful Distribution of Chemicals, Products, and Materials, Aiding and Abetting, *Pinkerton*)<br>Counts 2 and 5<br><br>21 U.S.C. § 843(a)(7), 18 U.S.C. § 2, *Pinkerton*<br>(Unlawful Distribution of a Tableting Machine, Aiding and Abetting, *Pinkerton*)<br>Count 3, 4, and 6<br><br>21 U.S.C. § 853<br>Forfeiture Allegation<br><br>**(UNDER SEAL)** |

**THE GRAND JURY CHARGES:**

**COUNT 1**

Beginning at a time unknown, to on or about August 21, 2026, in the District of Arizona and elsewhere, LFA MACHINES DFW, LLC, ALASTAIR MARK SANDERSON, WILLIAM ROBERT NORRIS, and MICHAEL CHRISTIAN PACKARD did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with persons known and unknown to the Grand Jury, to manufacture, distribute, export, and import tableting machines, equipment, chemicals, products, and materials which may be used to manufacture a controlled substance, knowing, intending, and having reasonable cause to believe that such items would be used to manufacture a controlled substance, in violation of Title 21, United States Code, Section 843(a)(7).

All in violation of Title 21, United States Code, Section 846.

**COUNT 2**

On or about September 6, 2022, in the District of Arizona and elsewhere, LFA MACHINES DFW, LLC, ALASTAIR MARK SANDERSON, WILLIAM ROBERT NORRIS, and MICHAEL CHRISTIAN PACKARD, knowingly and intentionally distributed any chemical, product, and material which may be used to manufacture a controlled substance; to wit, two kilograms of Firmapress excipient, knowing, intending, and having reasonable cause to believe that such items would be used to manufacture a controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Section 843(a)(7); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**COUNT 3**

On or about September 14, 2022, in the District of Arizona and elsewhere, LFA MACHINES DFW, LLC, ALASTAIR MARK SANDERSON, WILLIAM ROBERT NORRIS, and MICHAEL CHRISTIAN PACKARD, knowingly and intentionally distributed a tableting machine; to wit, a TDP 5 Desktop Tablet Press, knowing, intending,

and having reasonable cause to believe that such item would be used to manufacture a controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Section 843(a)(7); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**COUNT 4**

On or about March 21, 2023, in the District of Arizona and elsewhere, LFA MACHINES DFW, LLC, ALASTAIR MARK SANDERSON, WILLIAM ROBERT NORRIS, and MICHAEL CHRISTIAN PACKARD, knowingly and intentionally distributed a tableting machine; to wit, a TDP 5 Desktop Tablet Press, knowing, intending, and having reasonable cause to believe that such item would be used to manufacture a controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Section 843(a)(7); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**COUNT 5**

On or about April 14, 2023, in the District of Arizona and elsewhere, LFA MACHINES DFW, LLC, ALASTAIR MARK SANDERSON, WILLIAM ROBERT NORRIS, and MICHAEL CHRISTIAN PACKARD, knowingly and intentionally distributed any chemical, product, and material which may be used to manufacture a controlled substance; to wit, fifty kilograms of Firmapress excipient, knowing, intending, and having reasonable cause to believe that such items would be used to manufacture a controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Section 843(a)(7); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**COUNT 6**

On or about March 28, 2024, in the District of Arizona and elsewhere, LFA MACHINES DFW, LLC, ALASTAIR MARK SANDERSON, WILLIAM ROBERT NORRIS, and MICHAEL CHRISTIAN PACKARD, knowingly and intentionally

distributed a tableting machine; to wit, a TDP 5 Desktop Tablet Press, knowing, intending, and having reasonable cause to believe that such item would be used to manufacture a controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same, in violation of Title 21, United States Code, Section 843(a)(7); Title 18, United States Code, Section 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946).

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses alleged in Counts One through Six, defendants, LFA MACHINES DFW, LLC, ALASTAIR MARK SANDERSON, WILLIAM ROBERT NORRIS, and MICHAEL CHRISTIAN PACKARD, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of the said violations, and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations.

If any of the forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendants.

/ / /

/ / /

/ / /

/ / /

All pursuant to Title 21, United States Code, Section 853; and Rule 32.2.(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: August 21, 2026

REDACTED FOR PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
MICHAEL R. LIZANO
Assistant U.S. Attorney