# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>LFA Machines DFW, LLC, et al.,<br>Defendants. | CR-26-04376-TUC-AMM (MAA)<br>DECLARATION IN SUPPORT OF APPLICATION FOR POST-INDICTMENT RESTRAINING ORDER PURSUANT TO 28 U.S.C. § 1746<br>**UNDER SEAL** |

I, Justin McElfresh, make the following declaration, under penalty of perjury:

1. I reside in the United States of America.

2. I am a Special Agent of the Drug Enforcement Administration ("DEA") and have been so employed since 2017. Prior to joining the DEA, I accumulated an additional eight years of experience in federal and state law enforcement at various agencies.

3. Since 2019 I have been involved in the investigation of LFA Machines DFW, LLC ("LFA"), and its principal managers, Alastair Mark Sanderson, William Robert Norris, and Michael Christian Packard. During this investigation, I have personally reviewed business records, customer communications, shipping logs, and other internal LFA documents. As a result, I am familiar with the business and operations of LFA and the activities that resulted in the Indictment on August 21, 2026.

4. LFA is a subsidiary of Operio Group. Operio Group is a holding company whose constituent companies are involved in solid-dose manufacturing. The Operio Group family of companies provides integrated support for sectors including pharmaceuticals, food, and industrial manufacturing.

5. Operio Group is undergoing significant restructuring because it has defaulted on millions of dollars of bank loans and otherwise is in debt and experiencing substantial cash flow issues. Open-source information shows the ongoing auction of Operio Group by Candlewood Partners. Information from a witness additionally indicates that LFA is consolidating its operations in the U.S. and Taiwan by closing its office in Taiwan. These developments present a substantial risk that assets subject to forfeiture could be sold, transferred, pledged, or otherwise made unavailable.

6. Located in Fort Worth, Texas, LFA functions as the division responsible for tableting machines, encapsulating machines, capsule fillers, powder mixers, and related consumables. LFA engages in direct sales through its website and uses online distributors such as Amazon. LFA sells its products nationwide, including in Arizona.

7. Over the course of the investigation, I have learned LFA has used and maintained the following websites to market and sell its products:

a. https://www.lfatabletpresses.com;

b. https://www.lfamachines.com;

c. https://www.operiogroup.com; and

d. https://www.lfacapsulefillers.com.

8. One of LFA's notable tableting machines is the TDP-5 desktop tablet press, which is designed for small-scale tablet production and costs approximately $4,300. The TDP-5 operates manually or electrically and can manufacture up to 4,800 tablets per hour. It can run small material quantities and supports interchangeable dies for various tablet shapes and stamping needs. Given their relatively small size, portability, low price, and high-

volume production capacity, LFA's desktop tableting machines, including the TDP-5, are ideal for use in clandestine illicit drug labs.

9. As part of its single-source-solution business model, LFA also distributes excipients, including its flagship product, Firmapress. Firmapress is an all-in-one powder blend intended for use in tablet manufacturing. It is formulated to improve powder flow, binding, and tablet ejection across a wide range of active ingredients. Firmapress is available in colors that mimic pharmaceutical colors (e.g., Oxycodone blue). LFA advertises one kilogram of Firmapress for $79.99. Consumers may purchase up to 50 kilograms of Firmapress in a single order at a discounted rate. Like LFA's line of desktop tableting machines, Firmapress is ideal for use in clandestine labs to facilitate the production of illegal drugs, including fentanyl-laced pills.

10. Alastair Mark Sanderson is the founder of LFA. He is the former CEO of LFA and currently serves as Chief Business Development and Marketing Officer of Operio Group. Sanderson resides in Overland Park, Kansas.

11. William Robert Norris is the General Manager of LFA. Norris resides in West Worth Village, Texas.

12. Michael Christian Packard was a long-time LFA employee who performed customer sales and support roles. Based on a recent witness interview, I believe Packard is no longer employed by LFA. Packard resides in Fort Worth, Texas.

13. LFA's products have been recovered from clandestine drug labs around the world. Over the course of seven years, the investigation produced substantial evidence that LFA and its principal managers, including Sanderson, Norris, and Packard, conspired to and did

manufacture, distribute, export, and import tableting machines and other products (such as Firmapress), knowing, intending, or having reasonable cause to believe that they would be used in the manufacture of controlled substances.

14. For example, as reflected in the Indictment, I oversaw multiple covert controlled purchases of tableting machines and kilograms of Firmapress from LFA. In each instance, LFA sold the products to persons who Sanderson himself earlier placed, or talked about placing, on LFA's banned customer list, believing the purchaser was involved in manufacturing illegal drugs.

15. I submit there is probable cause to believe the following property constitutes, or derives from, proceeds; or otherwise facilitated, or was intended to facilitate, the crimes charged in the Indictment:

a. The real property at 6601 Will Rogers Boulevard, Fort Worth, Texas 76140. The property at 6601 Will Rogers Boulevard has functioned as LFA's headquarters and primary warehouse, where tableting machines have been stored, assembled, packaged, and shipped to customers. It also has served as the location where Firmapress is manufactured, stored, and shipped to customers. These machines and excipients are the very items the Indictment alleges were distributed with knowledge, intent, or reasonable cause to believe they would be used to manufacture controlled substances.

b. The real property at 955 North Sylvania Avenue, Fort Worth, Texas 76111. This property served as the primary location for LFA operations from approximately 2017 to 2020. I believe half this property is currently being rented to another entity and the other half is used for storage for LFA.

c. All physical inventory of LFA in the United States, encompassing raw materials, works-in-progress, finished goods, and business supplies, including all tableting machines, encapsulating machines, and excipients, further including Firmapress.

d. All manufacturing equipment, machinery, tools, vehicles, computers, servers, and related tangible property used to manufacture, assemble, repair, transport, market, sell, and distribute LFA's products, including its tableting machines and excipients such as Firmapress, in the United States.

e. All intangible assets of LFA in the United States, including its business name, trademarks, customer lists, goodwill, domain name(s), websites, online marketplaces, digital advertising accounts, and associated e-commerce infrastructure. These intangible assets facilitated the crimes charged in the Indictment because LFA used its brand identity, online sales platforms, and digital marketing tools to advertise, promote, and sell the tableting machines and excipients that are alleged in the Indictment to have been distributed with knowledge, intent, or reasonable cause to believe they would be used to manufacture controlled substances. The websites and online infrastructure further facilitated the charged offenses by providing customers nationwide with access to product information, ordering capabilities, customer support, and instructional content related to LFA's tableting machines and excipients.

I declare under penalty of perjury that the foregoing is true and correct.

JUSTIN MCELFRESH Digitally signed by JUSTIN MCELFRESH
Date: 2026.09.03 21:32:49 -07'00'

Justin McElfresh
DEA Special Agent

Executed on September 3, 2026.